IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLMAN CONSTRUCTION, CO., POE'S MAINTENANCE SOLUTION INC, KEN & ASSOCIATES LLC, MR WILLIE'S BBQ PIT INC, and PERKINS & PERKINS INC,<br><br>Plaintiffs,<br><br>vs.<br><br>OLSSEN INC, PROJECT TEAM AND STATE OF NEBRASKA UNICAMERAL/LB 1024, JUSTIN WAYNE, Senator; TERRELL MCKENNEY, Senator; LAMP RYNEARSON, INC., B2 LAB, INC., ALLY POYNER MACCHIETTO, CANYON RESEARCH SOUTHWEST, INC., and ICON CONSULTING GROUP, INC.,<br><br>Defendants. | **8:23CV228**<br><br>**SHOW CAUSE ORDER** |

On May 30, 2023, Plaintiffs, who all appear to be business or corporate entities, filed this suit without the assistance of an attorney. (Filing No. 1.) Parties who are not natural persons may not appear in federal court without a licensed attorney. See *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) ("[A] corporation may appear in the federal courts only through licensed counsel"); *Harrison v. Wahatoyas, LLC,* 253 F.3d 552, 556 (10th Cir. 2001) ("[A] corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se").

Accordingly,

By **June 14, 2023**, a licensed attorney must enter an appearance for Plaintiffs on the record in this suit. If an attorney does not enter an appearance by said date, the undersigned will recommend to Senior United States District Court Judge John Gerrard that this action be dismissed.

**IT IS SO ORDERED.**

Dated this 31st day of May, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge